UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA


**CIVIL MINUTES – GENERAL**


Case No.   2:25-cv-03659-JWH (DSR)                    Date: February 13, 2026

Title   Glenn Kinford v. D. Samuels, et al.


Present: The Honorable:   Daniel S. Roberts, United States Magistrate Judge


|            L. Krivitsky            |              n/a              |
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff(s)/Petitioner(s): | Attorneys Present for Defendant(s)/Respondent(s): |
| None present | None present |


**Proceedings:**         **(IN CHAMBERS) ORDER TO SHOW CAUSE WHY THIS ACTION SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE BECAUSE PLAINTIFF HAS NOT FILED A FIRST AMENDED COMPLAINT**

On April 17, 2025, Plaintiff filed this case in the Eastern District of California.  The case was then transferred to this Court on April 29, 2025.  Thereafter, this Court examined Plaintiff's Complaint to determine whether it stated a claim on which relied may be granted, as required under 28 U.S.C. §§ 1915(e)(2)(B)(ii) and 1915A.  As a result of that examination, the Court, by District Judge Holcomb, entered an Order on July 7, 2025 dismissing Plaintiff's Complaint with leave to amend.  See Doc. No. 10.  In that Order, the Court gave Plaintiff until August 8, 2025 to file a First Amended Complaint and provided him a form civil rights complaint to use if he sought fit to do so.  Id. at p. 10.  Finally, that Order expressly warned Plaintiff that if he "does not timely file a First Amended Complaint that cures the deficiencies of the Complaint, then the Court will **DISMISS** this action **with prejudice.**"  Id.

After the Court had already granted two requests by Plaintiff for extensions of time to file a First Amended Complaint, each time expressly warning that his lawsuit was subject to dismissal if he did not timely file a First Amended Complaint, on November 4, 2025, the Court received a third request for an extension, that time of unspecified length.  See Doc. No. 17.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA


**CIVIL MINUTES – GENERAL**


Case No.   2:25-cv-03659-JWH (DSR)                                    Date: February 13, 2026

Title      Glenn Kinford v. D. Samuels, et al.



On December 9, 2025, the Court granted Plaintiff a "last and final extension to file a First Amended Complaint" which was required to be received by the Clerk's office no later than **January 8, 2026**.  See Doc. No. 19 (emphasis in original).  The Court again expressly warned Plaintiff that "[f]ailure to file a First Amended Complaint on or before that deadline may lead to the dismissal of this lawsuit without further leave to amend."  Id.

Plaintiff has not filed a First Amended Complaint, now more than one month past this last extended deadline and more than seven months since the Court dismissed his Complaint without leave to amend.  Plaintiff is therefore ORDERED TO SHOW CAUSE no later than **February 27, 2026**, why this action should not be dismissed with prejudice for failure to prosecute.  Plaintiff may discharge this Order to Show Cause either by filing a sworn declaration explaining why he has not yet filed an amended complaint, or by filing a First Amended Complaint in compliance with the Court's prior orders.

FAILURE TO COMPLY WITH THIS ORDER BY THE FEBRUARY 27, 2026 DEADLINE WILL RESULT IN A RECOMMENDATION THAT THIS CASE BE DISMISSED.

IT IS SO ORDERED.


|                            | :      |
|----------------------------|--------|
| **Initials of Preparer**   | LK     |