**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GLENN KINFORD,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>D. SAMUELS, et al.,<br><br>　　　　Defendants. | Case No. 2:25-cv-03659 JWH (DSR)<br><br>**ORDER ACCEPTING FINDINGS, CONCLUSIONS, REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the file and records in this case and the Report and Recommendation of the United States Magistrate Judge. No objections to that Report and Recommendation have been received. Accordingly, the Court hereby **ORDERS** as follows:

1. The findings, conclusions, and recommendations of the Magistrate Judge are **ACCEPTED** and **ADOPTED**.

2. This case is **DISMISSED with prejudice** pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

3. Judgment will issue accordingly.

**IT IS SO ORDERED.**

Dated: April _22_, 2026 _____

Hon. John W. Holcomb
UNITED STATES DISTRICT JUDGE