JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

GLENN KINFORD,

        Plaintiff,

    v.

D. SAMUELS, et al.,

        Defendants.

Case No. 2:25-cv-03659 JWH (DSR)

**JUDGMENT**

Pursuant to the Court's Order Accepting Findings, Conclusions, Report and Recommendation of United States Magistrate Judge,

It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** as follows:

1.   This case is **DISMISSED** pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

2.   Plaintiff shall take nothing from this action.

**IT IS SO ORDERED.**

Dated: April 22, 2026     _____
                          Hon. John W. Holcomb
                          UNITED STATES DISTRICT JUDGE

2